**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
David J. McGlothlin, Esq. (SBN: 253265)
david@kazlg.com
Mona Amini, Esq. (SBN: 296829)
mona@kazlg.com
Gustavo Ponce, Esq. (SBN: 343430)
gustavo@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiff,*
Shanna Conn

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNA CONN. individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>I HEALTH AND LIFE INSURANCE SERVICES,<br><br>Defendant. | Case No.: 1:24-00630-BAM<br><br>**NOTICE OF SETTLEMENT** |

///
///
///
///
///
///

**TO THE COURT, CLERK AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Plaintiff SHANNA CONN ("Plaintiff") and Defendant I HEALTH AND LIFE INSURANCE SERVICES ("Defendant") (together, the "Parties") have reached a settlement in principle. The Parties are in the process of drafting a written settlement agreement and anticipate filing a Joint Stipulation to Dismiss the entire case with prejudice as to Plaintiff's individual claims and without prejudice as to the putative class within the next sixty (60) days.

Plaintiff requests that any pending dates and deadlines be vacated and that the Court retain jurisdiction until the Parties complete the settlement and the Parties dismiss this action.

Dated: July 11, 2024                                **KAZEROUNI LAW GROUP, APC**

By:    */s/ Mona Amini*
       David J. McGlothlin, Esq.
       Mona Amini, Esq.
       Gustavo Ponce, Esq.
       *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: July 11, 2024 By: _/s/ Mona Amini_
Mona Amini

