UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNA CONN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>I HEALTH AND LIFE INSURANCE SERVICES,<br><br>Defendant. | Case No. 1:24-cv-00630-BAM<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO EXTEND DEADLINE TO DISMISS ACTION PURSUANT TO SETTLEMENT**<br><br>(Doc. 10) |

Plaintiff Shanna Conn filed a notice of settlement on July 11, 2024. (Doc. 8.) On July 12, 2024, the Court issued a minute order vacating all deadlines and directing the parties to file appropriate papers to dismiss this action no later than September 13, 2024. (Doc. 9.) Currently before the Court is Plaintiff's request to extend the deadline to file dismissal in this action to November 1, 2024. (Doc. 10.) Plaintiff explains that the parties have been diligently working to finalize the settlement, but need additional time to complete execution of the written settlement agreement and effectuate the terms. Plaintiff anticipates being able to file a joint stipulation to dismiss the action in its entirety on or before November 1, 2024. (*Id.*)

Having considered Plaintiff's request, and good cause appearing, the deadline to file documents to dismiss or conclude this action in its entirety is HEREBY EXTENDED to

1

**November 1, 2024**.  The parties are cautioned that the failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to the violation of this order.  *See* Local Rules 160 and 172.

IT IS SO ORDERED.

Dated:  **September 16, 2024**              /s/ *Barbara A. McAuliffe*            
                                                          UNITED STATES MAGISTRATE JUDGE